FILED
CLERK, U.S. DISTRICT COURT

Janaury 15, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual, ,  Plaintiff, vs. DANIEL CARPENTER, an individual; VALENCIA AUTOPLEX, LLC, a California limited liability company; and DOES 1-10, inclusive,  Defendants. | Case No.: 2:20-cv-09943-SB-SK  ORDER TO SHOW CAUSE RE: DISMISSAL |

The Plaintiff filed a notice of settlement on January 14, 2021.

IT IS HEREBY ORDERED that the parties are to show cause why the action should not be dismissed with prejudice on March 12, 2021 at 8:30 a.m. If the parties file a proposed order to dismiss the entire action with prejudice by March 5, 2021, the OSC shall be taken off calendar without further notice. Otherwise, the parties shall appear at the OSC hearing, and the Court shall set a trial date.

IT IS FURTHER ORDERED that all other hearings and deadlines are vacated.

DATED: January 15, 2021

_____
Stanley Blumenfeld, Jr.
United States District Judge